UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MIKE FERNANDES | C 07-04948 MJJ |
| Plaintiff (s) | SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C. §§ 12181- 89) |
| v. | |
| COSTCO WHOLESALE | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that this action is assigned to the Honorable **Martin J. Jenkins**. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders. This case is otherwise exempt from Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

**CASE SCHEDULE**

| Date | Event | Rule(s) |
|---|---|---|
| **9/24/2007** | Notice of removal filed | |
| **11/26/2007** | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | **General Order 56; Civil Local Rule 7-11** |
| **7 days before Joint Site Inspection** | Last day for parties to complete initial disclosures, including defendant's disclosure re: **construction or alteration history of subject premises** | **FRCivP 26(a); General Order 56 ¶2;** |
| **1/2/2008** | Last day for parties and counsel to hold joint inspection of premises, with or without **meet-and-confer regarding settlement** | **General Order 56 ¶3,4;** |
| **10 business days after Joint Site Inspection** | Last day for parties to meet and confer in person to discuss settlement | **General Order 56 ¶4;** |
| **45 days after Joint Site Inspection** | Last day for plaintiff to file "Notice of Need for Mediation" | **General Order 56 ¶6;** |
| **7 calendar days after mediation** | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | **General Order 56 ¶7; Civil Local Rule 7-11** |