Dean A. Christopherson (SBN 121723)
DAWE & CHRISTOPHERSON LLP
1111 Civic Drive, Suite 380
Walnut Creek, CA 94596
Telephone: (925) 256-6677
Facsimile: (925) 256-6678
Email Address: dac@calaw.com

Charles A. Valente (SBN 242740)
Margaret A. Lavanish
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Suite 200
Chicago, Illinois 60610
Telephone:(312) 755-5700
Facsimile: (312) 755-5720

Attorneys for Defendant
COSTCO WHOLESALE CORPRATION, AND
COSTCO WHOLESALE MEMBERSHIP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FERNANDES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, COSTCO WHOLESALE MEMBERSHIP, INC., ET AL.,<br><br>　　　　Defendants. | Case No. C07-4948-MJJ<br><br>**CERTIFICATE OF SERVICE OF ECF REGISTRATION INFORMATION HANDOUT, STANDING ORDERS, ETC.**<br><br>Trial Date:　Not Yet Set |

///

///

///

## CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City of Walnut Creek, County of Contra Costa. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 1111 Civic Drive, Suite 380, Walnut Creek, CA 94596. On October 5, 2007, I served the following document(s) on the party(ies) listed below:

**ECF REGISTRATION HANDOUT**

**SCHEDULING ORDER FOR CAES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITYS ACT TITLE 111 (42 USC §§12181-89)**

**STANDING ORDER -- HON. MARTIN J. JENKINS (DATED 9/21/2007)**

**STANDING ORDER FOR CASES INVOLVING SEALED OR CONFIDENTIAL DOCUMENTS – HON. MARTIN J. JENKINS (REV. 9/07)**

**STANDING ORDER FOR ALL JUDGES OF THE NORTNER DISTRICT OF CALIFORNIA -- CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**ROSTER OF NORTHERN DISTRICT JUDGES AND JUDGES INITIALS**

(X) **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

Mark D. Potter
Center for Disability Access, LLP
100 East San Marcos Boulevard
San Marcos, CA  92069

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the date first written above, at Walnut Creek, California, California.

Dean A. Christopherson