IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKE FERNANDES,                              No. C 07-04948SI

    Plaintiff,                              **NOTICE**

v.

COSTCO WHOLESALE,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the reassignment of this case to Judge Illston has not caused any change in the previous scheduling order (Doc. #2).

Dated: February 21, 2008                              RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk