UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKE FERNANDES

                Plaintiff(s),
v.
COSTCO WHOLESALE CORPORATION;
COSTCO WHOLESALE MEMBERSHIP,
INC.

                Defendant(s).     /

CASE NO. C07-04948

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

     Plaintiff reports that the joint site inspection occurred on April 9, 2008 at 9:00 a.m. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: May 26, 2008

                                                      Attorney for Plaintiff

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."

## PROOF OF SERVICE

FERNANDES V. COSTCO WHOLESALE CORP., ET AL.        Case # C07-04948 (SIx)

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 100 East San Marcos Blvd., Suite 400, San Marcos, California, 92069.

On May 30, 2008 I served the following document(s):

**NOTICE OF NEED FOR MEDIATION**

Addressed to:
Charles A. Valente, Esquire
Margaret Lavanish Esquire
KRASNOW SAUNDERS CORNBLATH LLP
500 North Dearborn Street, Suite 200
Chicago, IL 60610

Dean A. Christopherson, Esquire
DAWE & CHRISTOPHERSON
1111 CIVIC DRIVE, SUITE 380
WALNUT CREEK, CA 94596

✓    BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Marcos, California.
☐    BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐    BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Marcos, California.

Executed on May 30, 2008 from San Marcos, California.

I declare under penalty of purjury under the laws of the State of California that the above is true and correct.

_____
Lauren Whitehead

PROOF OF SERVICE