1  CENTER FOR DISABILITY ACCESS, LLP
   MARK D. POTTER, ESQ., SBN 166317
2  RUSSELL C. HANDY, ESQ., SBN 195058
   100 East San Marcos Blvd., Suite 400
3  San Marcos, CA 92069
   (760) 480-4162
4  Fax (760) 480-4170

5  Attorneys for Plaintiff, MIKE FERNANDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FERNANDES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, A Washington Corporation; COSTCO WHOLESALE MEMBERSHIP, INC., A California Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: C07-4948-SI<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (2):** |

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of the action.

///

///

///

STIPULATION FOR DISMISSAL　　　　　　　1 of 2　　　　　　　C07-4948-SI

IT IS SO STIPULATED.

                                      CENTER FOR DISABILITY ACCESS, LLP

Dated: _____      /s/ Mark D. Potter
                                      Mark D. Potter
                                      Attorney for Plaintiff

                                      KRASNOW SAUNDERS CORNBLATH, LLP

Dated: _____      _____
                                      Charles A. Valente
                                      Attorneys for Defendants

1  IT IS SO STIPULATED.

2                            CENTER FOR DISABILITY ACCESS, LLP

5  Dated: _____

6                            Mark D. Potter
                            Attorney for Plaintiff

11                          KRASNOW SAUNDERS CORNBLATH, LLP

12  Dated: 7/25/8

13                           Charles A. Valente
                            Attorneys for Defendants

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

*Susan Illston*
Judge Susan Illston

# PROOF OF SERVICE

FERNANDES V. COSTCO WHOLESALE CORP., ET AL.          Case # C07-04948 (SIx)

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 100 East San Marcos Blvd., Suite 400, San Marcos, California, 92069.

    On July 28, 2008 I served the following document(s):

**STIPULATION FOR DISMISSAL**

Addressed to:
Charles A. Valente, Esquire
KRASNOW SAUNDERS CORNBLATH LLP
500 North Dearborn Street, Suite 200
Chicago, IL 60610

Dean A. Christopherson, Esquire
DAWE & CHRISTOPHERSON
1111 CIVIC DRIVE, SUITE 380
WALNUT CREEK, CA 94596

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Marcos, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Marcos, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Northern District of California's CM/ECF system. I caused listed documents to be electronically filed and subsequently emailed to the recipient(s).

    Executed on July 28, 2008 from San Marcos, California.

I declare under penalty of purjury under the laws of the State of California that the above is true and correct.

                                    ____/s/ Lauren Whitehead_____
                                         Lauren Whitehead

PROOF OF SERVICE